No. 05M58. DUNKLE v. CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 05M59. LENTZ v. UNITED STATES. Motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 105, Orig. KANSAS v. COLORADO. Motion of the Special Master for interim fees and expenses granted, and the Special Master is awarded a total of $57,761.43 for the period December 1, 2004, through December 31, 2005, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 543 U. S. 1046.]

No. 133, Orig. ARKANSAS v. OKLAHOMA. Motion for leave to file bill of complaint denied.

No. 04–607. LABORATORY CORPORATION OF AMERICA HOLDINGS, DBA LABCORP v. METABOLITE LABORATORIES, INC., ET AL. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 999.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 05–83. WASHINGTON v. RECUENCO. Sup. Ct. Wash. [Certiorari granted, *ante*, p. 960.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.